IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

In re:  
**Brenda Ann Reblora**  
    Debtor

Case No. 25-31099-BFK  
Chapter 13

Address:  10600 Barnetts Road  
             Charles City, VA 23030

Last four digits of SSN: xxx-xx-8010

## NOTICE OF MOTION TO SHORTEN THE NOTICE PERIOD ON MOTION TO EXTEND THE AUTOMATIC STAY

The above named Debtor has filed a Motion to Shorten the Notice Period on the Motion to Extend the Automatic Stay filed in this bankruptcy case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY IMMEDIATELY UPON THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

- The written response in opposition to this motion must be filed with the clerk of court at the address shown below. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court  
        United States Bankruptcy Court  
        701 E. Broad Street, Suite 4000  
        Richmond, VA 23219-3515

Daniel J. Webster (VSB#92593)  
Boleman Law Firm, P.C.  
P.O. Box 11588  
Richmond, VA 23230-1588  
Telephone (804) 358-9900  
Counsel for Debtor

- You must also send a copy to:

  Boleman Law Firm, P.C.
  P. O. Box 11588
  Richmond, VA 23230-1588

Dated: March 24, 2025		BOLEMAN LAW FIRM, P.C.
				Counsel for Debtor

				BRENDA ANN REBLORA


			By:	/s/ Daniel J. Webster
				Daniel J. Webster (VSB#92593)
				Boleman Law Firm, P.C.
				P.O. Box 11588
				Richmond, VA  23230-1588
				Telephone (804) 358-9900
				Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on March 24, 2025 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.


				/s/ Daniel J. Webster
				Counsel for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**Richmond Division**

In re: Brenda Ann Reblora             Case No. 25-31099-BFK
     Debtor                                    Chapter 13

## MOTION TO SHORTEN THE NOTICE PERIOD ON MOTION TO EXTEND THE AUTOMATIC STAY

COMES NOW Brenda Ann Reblora (the "Debtor"), by counsel and respectfully requests that the Court schedule an expedited hearing and shorten the notice period on the Debtor's Motion to Extend the Automatic Stay (the "Motion"). In support thereof, Debtor respectfully states the following:

1. This case commenced upon the filing of a voluntary petition under Chapter 13 of Title 11 of the United States Bankruptcy Code in this Court on March 21, 2025.

2. Debtor seeks permission to shorten the notice period for the Motion to Extend the Automatic Stay from twenty-one (21) days to eighteen (18) days from the date of service of the Motion to Extend the Automatic Stay.

3. That a shortened notice period on the Motion are necessary for the following reason: there are not available court dates within the regular notice period prior to the expiration of the stay.

5. A shortened notice period are necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted.

WHEREFORE Brenda Ann Reblora, by counsel, respectfully requests this Honorable Court to enter an Order shortening the notice period for the Motion to Extend

Daniel J. Webster (VSB#92593)
Boleman Law Firm, P.C.
P.O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

the Automatic Stay from twenty-one (21) days to eighteen (18) days from the date of service of the Motion to Extend the Automatic Stay, and for such other and further relief as the Court deems proper.

        BRENDA ANN REBLORA

        By Counsel

        /s/ Daniel J. Webster
        Daniel J. Webster (VSB#92593)
        Boleman Law Firm, P.C.
        P.O. Box 11588
        Richmond, VA  23230-1588
        Telephone (804) 358-9900
        Counsel for Debtor

## **CERTIFICATE OF SERVICE**

    I certify that on March 24, 2025 I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties in interest on the mailing matrix attached hereto.

        /s/ Daniel J. Webster
        Counsel for Debtor

AIS Portfolio Services, LP
Attn: Bridgecrest Acceptance
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Arnold Scott Harris, P.C.
111 W Jackson Blvd Suite 600
Chicago, IL 60604-4135

Bridgecrest Formerly Drivetime
PO Box 29018
Phoenix, AZ 85038

Capital One
PO Box 31293
Salt Lake City, UT 84030-0281

Comenity Bank
P.O. Box 182273
Columbus, OH 43218

Commonwealth of Virginia
Department of Taxation
P.O. Box 2156
Richmond, VA 23218

County of Charles City
Darlene B. Giles, Treas.
P.O. Box 38
Charles City, VA 23030

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Department of the Treasury
Internal Revenue Services
P.O. Box 7346
Philadelphia, PA 19101-7346

Eamonn B. Foster, Esq.
13912 Beechwood Point Cir
Midlothian, VA 23112

Fingerhut
P.O. Box 70281
Philadelphia, PA 19176

Finwise/Opploans
130 E. Randolph Street
Suite 3400
Chicago, IL 60601

First Premier Bank
3820 N Louise Avenue
Sioux Falls, SD 57107

Henrico Doctor's Hospital
P.O. Box 740760
Cincinnati, OH 45274-0760

Jefferson Capital Systems
16 McLeland Road
Saint Cloud, MN 56303

Midland Credit Management Inc.
350 Camino De La Reina
Suite 100
San Diego, CA 92108-3007

MRV Banks/Revvi
PO BOX 85800
Sioux Falls, SD 57118

Nasir Cephus
1108 E. Main Street
4th Floor
Richmond, VA 23219

NCB Management Services, Inc.
Re:
PO Box 1099
Langhorne, PA 19047

Recoveri
3400 Texoma Pkwy
suite 200
Sherman, TX 75090

Republic Bank & Trust Company
PO Box 950276
Louisville, KY 40295-0276

Spring Valley Lake
P.O. Box 1169
Roseville, CA 95678-8169

State Farm Insurance
RE: Bankruptcy
1500 State Farm Blvd.
Charlottesville, VA 22909

The Bank of Missouri
PO Box 309
Perryville, MO 63775-0309

Virginia Credit Union
P.O. Box 90010
Richmond, VA 23225

Virginia Injury Law
1108 E. Main Street
4th Floor
Richmond, VA 23219